**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-CR-77-JLK

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JEFFERSON BALZA-DELFIN,**

Defendant.

---

**OBJECTIONS TO THE PRESENTENCE REPORT**

---

Mr. Balza-Delfin hereby submits his objections to the presentence report:

1. The report states that Mr. Balza-Delfin is a member of the Tren de Aragua gang, and that the government "confirmed" this. Mr. Balza-Delfin objects to that assertion and maintains that he is not a member of Tren de Aragua. The only apparent basis for the assertion that he is a member is that his codefendants are also alleged to be members, and that he has a tattoo of a crown on his hand, which the report alleges "is commonly associated with Tren de Aragua gang members." The idea that Tren de Aragua has any common or associated tattoos is incorrect. While other gangs have specific tattoos that indicate membership or affiliation, Tren de Aragua does not at this time. *See* expert report attached as Exhibit A.

2. It is especially important to remove this designation when considering Mr. Balza-Delfin's placement at BOP. He does not wish to be near Tren de Aragua inmates as they may force him to join or suffer great injury.

3. Paragraph 5 states that Mr. Balza-Delfin has taken two educational

courses while incarcerated, which is incorrect. Mr. Balza-Delfin has taken the following courses since becoming incarcerated: 1) Criminal Thinking, 2) Financial Stress, 3) Circle of Strength: Substance Abuse, 4) Circle of Strength: Staying a Part of the Family, 5) Circle of Strength: Adjusting to Prison, 6) Circle of Strength: Anger Management, 7) Circle of Strength: Reentry, 8) Learning to Relax, 9) Health and Wellness, as well as several English language classes. *See* class certificates attached as Exhibit B.

4. Supervised release special conditions have been recommended in this case. The defense requests that the Court order that there shall be no violation of supervised relief motion filed if and after Mr. Balza-Delfin is deported at any point during his period of supervised release in which he has been deported and not allowed re-entry. The defense asserts that, if and when Mr. Balza-Delfin is deported from the country, it will be impossible for him to comply with the conditions of his supervised release. Therefore, in the case that he is deported, any alleged violation thereafter is involuntary. The defense requests that the Court order that no violation shall be filed during the period of Mr. Balza-Delfin's deportation.

DATED this 19th day of May 2026.

s/*James A. Castle*
James A. Castle, #14026
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
303-675-0500
jcastlelaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2026, I served a true and correct copy of the foregoing **OBJECTIONS TO THE PRESENTENCE REPORT** to all parties via U.S. Court ECF filing.

s/*Ana Bradley*
Ana Bradley