**DECLARATION OF REBECCA HANSON,**

**ASSSISTANT PROFESSOR OF SOCIOLOGY AND CRIMINOLOGY AT THE UNIVERSITY OF FLORIDA**

I, Rebecca Hanson, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

**Summary**

1. The evidence put forward by DHS to prove Jefferson Balza Delfin's affiliation with Tren de Aragua (TdA) contradicts current research on the group. Because this evidence is not credible it cannot demonstrate Balza Delfin's affiliation with the group.

**Qualifications**

2. I received my Ph.D in Sociology from the University of Georgia in 2017. My doctoral dissertation was entitled "Civilian Policing, Sociality Revolution, and Violent Pluralism in Venezuela."

3. Currently, I am an Assistant Professor at the University of Florida. I have a joint appointment in the Departments of Sociology & Criminology and Law, and the Center for Latin American Studies. I am also the Director of the University of Florida's International Ethnography Lab.

4. I have received various grants and other funding related to my work on Venezuela, including from the Fulbright Association and Development Bank of Latin America. Through these grants, I have studied topics such as policing, gangs, politics, and incarceration in Venezuela.

5. I have published numerous peer reviewed articles covering topics from militarized policing, gangs and other armed actors in Venezuela, and the security policies of the governments of Hugo Chávez and Nicolás Maduro. My work has been published in the *Journal of Latin American Studies*; *Crime, Law, and Social Change*; and *Latin American Research Review*, among others. My newest book, Policing the Revolution: The Transformation of Coercive Power and Venezuela's Security Landscape During Chavismo, was published by the Oxford University Press in 2025.

6. I teach courses on Criminological Theory, Crime and Violence in Latin America, Gangs and Society, and Law and Order in Latin America.

7. My opinions derive from over a decade of studies that I have carried out specific to the topics of policing, violence, and gangs in Venezuela. Since 2010, I have conducted extensive, long-term ethnographic research and interviews with over 200 Venezuelan police officers as well as dozens of interviews with gang members and residents of communities where these gangs operate. I regularly collaborate with Venezuelan scholars who develop rigorous and reliable empirical research in that country.

8. I provide this declaration based on my personal and professional knowledge.

**Findings and Opinions**

9. I have reviewed law enforcement bulletins provided to me through a Freedom of Information Act request by the nonprofit Property of the People, as well as the NYPD Intelligence Bulletin submitted as evidence by DHS in similar cases to allegedly show that defendants are affiliated with TdA. Far from being indicative of being members of TdA, the tattoos identified by DHS are merely representative of the cultural milieu of

poor and working-class neighborhoods in Venezuela. For example, DHS agents have highlighted tattoos with the phrase “Real Hasta la Muerte.” That is an album by a Puerto Rican rapper that is popular in Venezuela. Other tattoos, such as crosses and crowns, are symbols and motifs widely used by young men from poor and working-class neighborhoods in Venezuela. Due to their wide use, they cannot be used to identify TdA members.

10. The TdA, and gangs more generally in Venezuela, do not have a history of using tattoos to indicate membership. Scholarship on gangs in Venezuela has not found any credible linkage between tattoos and the TdA and no credible scholar of Venezuelan gangs would endorse the idea that tattoos in general or specific tattoos indicate gang membership. Of the six Venezuelan police officers I have consulted with most recently on these issues none has endorsed using tattoos to identify TdA members. The consensus among them is that it is ludicrous to use tattoos to identify TdA members. In my most recent conversation with a police officer from the Bolivarian National Police Force’s Organized Crime division on March 10 of this year I asked him if any symbols—including hand gestures, clothing, or tattoos—were used by his division to identify TdA members. He responded with a resounding “No,” indicating that this is not an appropriate strategy. Instead, they rely on intelligence and long-term investigations to identify their members. TdA members may, of course, have tattoos, but this is not part of a collective identity. In fact, many young Venezuelans who have no association with the TdA individually opt for personal tattoos, including roses, crowns, images associated with US sports, and other symbols of popular culture iconography. DHS’s reliance on tattoos appears to result from

an incorrect conflation of gang practices in Central America and Venezuela. In countries like El Salvador and Honduras, gangs have long used tattoos to indicate membership and identity. This has not been the case in Venezuela.

11. Many of Balza Delfin's tattoos are popular images among Venezuelan men that can be found on scores of young men that have no criminal record and no affiliation with gangs. Even if DHS were correct in its assessment that certain tattoos demonstrate TdA affiliation (which they are not), the wide use of these images among Venezuelan men would disqualify using them as indicators of gang membership. This includes the following of Balza Delfin's tattoos: cross, dollar sign, crown on finger, and Hasta la Muerte tattoo.

12. It is common in Venezuela for men to get tattoo with the names of their mothers, partners, and children. Scholarship on the Venezuelan family has long described the family as "matricentric", with the mother holding perhaps the most important position in the family structure. Similarly, partners and children represent important figures in men's lives. Thus, it is unsurprising that Balza Delfin would have tattoos dedicated to these figures (mother's name, girlfriend's initials, and daughter's name).

13. Some of Balza Delfin's tattoos are reflective of the culture in which many young men in poor neighborhoods are embedded as they grow up, which associates masculinity with aggression and violence. This does not imply that all men from these neighborhoods are aggressive or violent. Instead, men engage in performances and use symbols that communicate a willingness to engage in violence even as they seek to avoid violent encounters. The angel holding a rifle is a popular symbol for this reason. Indeed, firearms

are a symbol of masculinity, serving as the symbol par excellence of masculinity: of power, force, aggressiveness, decisiveness, deadly accuracy, and cold rationality. Balza Delfin's tattoo of bag of money is indicative of the popularity of symbols of wealth and money among men from these backgrounds. The popularity of these symbols can be considered akin to their popularity within rap and hip hop cultures in the United States. In these cultures projecting images of money and wealth is aspirational and has long been used as a symbol of success, survival, and status. Their symbolic use is not just about materialism, but also represents overcoming poverty, struggle, and systemic barriers. Stating that all Venezuelan men with these tattoos are members of TdA is equivalent to claiming that all youths who use these symbols in the US due to the influence of rap and hip hop culture are gang members. The crown tattoo is also popular among Venezuelan men and women. This can operate as a reference to the colloquial use of "mi rey" (my king) and "mi reina"(my queen) to refer to friends and loved ones. It can also represent aspirational status, wealth, and honor. The numbers 777 have the same connotation in Venezuela that they do in the United States. This sequence of numbers is associate with God and godliness. The date 4/20 has the same association in Venezuela as it does in the United States. It indicates marijuana. In short, these tattoos simply reflect a milieu in which recreational drug use, money and wealth, and Christianity and godliness are valued and coexist. Indeed, these symbols reflect a cultural milieu in which a "good," "serious," and "respected" man is one who earns money, engages in conspicuous consumption, engages in illicit activities but not excessively, and follows the Christian faith.

14. Balza Delfin's received all his tattoos in the United States. I have consulted with all credible scholars of Venezuelan gangs on this matter and we agree that TdA activities are neither widespread nor coordinated within the United States. The profile of suspected TdA crimes in the United States do not indicate a systemic criminal enterprise. Rather, most arrests of suspected TdA members in the United States have been for crimes like shoplifting and cell phone robbery—crimes commonly handled by police departments. Even if DHS were correct in its assessment that certain tattoos demonstrate TdA affiliation (which they are not), it would make little sense to get tattoos that represent affiliation with a group that has no coordinated presence in the country.
15. Balza Delfin would have had no reason to be concerned about getting his tattoos before March 2025. This includes Balza Delfin's tattoos, such as the crown and "Real Hasta la Muerte" lyric, which he received before March 2025. DHS has consistently claimed that these tattoos in particular indicate TdA membership in his and similar cases. In Venezuela no popular associations are made between these tattoos and TdA. In the United States there were no popular associations between these tattoos and the TdA until March 2025, when news outlets began circulating the government's claims that these tattoos indicated TdA affiliation.
16. There is currently no credible way to link Venezuelan migrants in the United States to TdA. The methods identified by the government are not reliable.
17. Finally, individuals who are erroneously labeled as TdA members face enormous risk if they are returned to Venezuela. This is because, contrary to current popular discourse, the Maduro government and TdA have an antagonistic relationship. Being labeled as a TdA

associate puts that person in grave danger because they may be targeted by the government, police, and other gang members.

18. Based on my extensive experience conducting studies addressed to policing, violence, and gangs in Venezuela, it is my professional opinion that none of the evidence submitted in Balza Delfin's case connects him with TdA..

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS 19 DAY OF AUGUST, 2025

________________________________
Rebecca Hanson, Ph.D.